A-Number: 095-734-216

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANDRES VIRGEN-GONZALEZ,<br><br>        Petitioner,<br><br>    v.<br><br>MARKWAYNE MULLIN, ETC., ET AL.,<br><br>        Respondents. | No. CV 26-3180-SSS(E)<br><br>ORDER ACCEPTING FINDINGS,<br><br>CONCLUSIONS AND RECOMMENDATIONS<br><br>OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. section 636, the Court has reviewed the Petition, all of the records herein and the Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which any objections have been made. The Court accepts and adopts the Magistrate Judge's Report and Recommendation.

IT IS ORDERED that: (1) the Report and Recommendation is accepted and adopted; and (2) Judgment shall be entered granting the Petition in part, and: (a) declaring that ICE's previous detention of Petitioner violated applicable regulations and Petitioner's due process rights; (b) enjoining Respondents from again detaining Petitioner without notice and a pre-detention hearing where the Government bears the burden of proving, by clear and convincing evidence, that the circumstances have changed as to his danger to the community or flight

risk, and that no conditions other than his detention would be sufficient to prevent those harms; and (c) restraining Respondents from removing Petitioner to a third country without reasonable notice and an opportunity to be heard before an immigration judge.

IT IS FURTHER ORDERED that the Clerk serve forthwith a copy of this Order, the Magistrate Judge's Report and Recommendation and the Judgment herein on Petitioner, counsel for Petitioner and counsel for Respondents.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: June 1, 2026.

_____
SUNSHINE SUZANNE SYKES
UNITED STATES DISTRICT JUDGE